IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

COMMUNICATIONS
PROCESSING SYSTEMS, INC.,
a Florida corporation;
VISIONARY DESTIN, INC., a
Florida corporation; and
BECNEL/KELLY CLUB, LLC, a
Florida limited liability company,

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D14-4126

        Appellant,

v.

THE PALMS OF DESTIN
RESORT AND CONFERENCE
CENTER CONDOMINIUM
ASSOCIATION, a Florida not-
for-profit corporation,

        Appellee.

_____/

Opinion filed March 9, 2015.

An appeal from the Circuit Court for Okaloosa County.
John T. Brown, Judge.

Dana C. Matthews and Scott M. Work of Matthews & Jones, LLP, Destin, for
Appellant.

John L. Wharton, Peter M. Dunbar and Ashley E. Gault of Dean, Mead, Egerton,
Bloodworth, Capouano & Bozarth, P.A., Tallahassee, for Appellee.


PER CURIAM.

AFFIRMED.

THOMAS, CLARK, and WETHERELL, JJ., CONCUR.